IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VERNON BESS,** | : | |
|     **Plaintiff,** | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 21-CV-4059** |
| | : | |
| **ALBERT EINSTEIN HOSPITAL**, *et al.* | : | |
|     **Defendants.** | : | |

## ORDER

AND NOW, this 8th day of March, 2022, upon consideration of *pro se* Plaintiff Vernon Bess's Amended Complaint (ECF No. 9), it is **ORDERED** that:

1. The Amended Complaint is **DISMISSED IN PART WITH PREJUDICE AND IN PART WITHOUT PREJUDICE** for the reasons stated in the Court's Memorandum as follows:

   a. Bess's federal claims are **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. § 1915 (e)(2)(B)(ii); and

   b. Bess's state law claims will be **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

2. Bess is not granted leave to file a second amended complaint in this matter.

3. The Clerk of Court shall **CLOSE** this case.

                                        **BY THE COURT:**

                                        /s/ Hon. C. Darnell Jones II
                                        _____
                                        **C. DARNELL JONES, II, J.**